Opinion issued August 4, 2011

 

 



     

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-11-00583-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE KAREN KRISTINE SILVIO, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION[1]


 

By petition for writ of mandamus,
relator, Karen Kristine Silvio, seeks mandamus relief from the June 10, 2011
order denying her motion to recuse.

 We DENY  the petition for writ of mandamus.  Relator has an adequate remedy by
appeal.  See Tex. R. App. P.
18a(f).        

Per Curiam

 

Panel consists of Chief Justice Radack and Justices
Brown and Sharp.    











[1]        The
underlying case is pending in this Court and is entitled Karen Kristine Silvio
v. Jo Lynn Boggan, et al, No. 01-10-00081-CV. 
The judge ruling on relator’s motion to recuse is the Honorable Olen
Underwood, presiding judge of the Second Administrative Judicial Region.